# EXHIBIT B

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS, SMALL CLAIMS PART 45
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NEIL N. MALHOTRA,                                        :
                                                         :
                              Claimant,                  :        Index No.: 1885.SCQ 2018 1
                                                         :
        - against -                                      :        **NOTICE OF FILING**
                                                         :        **NOTICE OF REMOVAL**
EMIRATES AIRLINES,                                       :
                                                         :
                              Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

S I R S:

        PLEASE TAKE NOTICE that a Notice of Removal, a copy of which is attached hereto

as Exhibit "A", has been filed by defendant Emirates (incorrectly sued herein as "Emirates

Airlines") with the Office of the Clerk of the United States District Court for the Eastern District

of New York.

Dated: New York, New York
        June 27, 2018

                                        CLYDE & CO US LLP


                                        By: _____
                                                Andrew J. Harakas
                                                Philip R. Weissman
                                        The Chrysler Building
                                        405 Lexington Avenue, 16th Floor
                                        New York, New York 10174
                                        Tel: (212) 710-3900
                                        Fax: (212) 710-3950

                                        *Attorneys for Defendant Emirates*


To:     Neil N. Malhotra
        47 Miller Place
        Levittown, New York 11758
        *Plaintiff Pro Se*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS, SMALL CLAIMS PART 45
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NEIL N. MALHOTRA,

                     Claimant,         :     Index No.: 1885.SCQ 2018 1

    - against -             :    **AFFIDAVIT OF SERVICE**

EMIRATES AIRLINES,

                    Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK      )
                      : ss.:

COUNTY OF NEW YORK   )

      Patricia A. Donnelly, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in New York, New York.  That on June 27, 2018 deponent served the within **NOTICE OF REMOVAL and NOTICE OF FILING NOTICE OF REMOVAL** via U.S. Mail upon:

      Neil N. Malhotra
      47 Miller Place
      Levittown, New York 11758
      Plaintiff Pro Se

and at the address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof by enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                               Patricia A. Donnelly

Sworn to before me this
27th day of June 2018

Notary Public

KEVIN WILLIAM TURBERT
Notary Public, State of New York
No. 02TU6366185
Qualified in Nassau County
Commission Expires Oct. 23, 2021