To

RECEIVED
HON. Brian M. Cogan

OCT 10 2018

HONORABLE JUDGE COGAN

REF: MALHOTRA V. EMIRATES AIRLINES

CASE No: 1:18-CV-03718-BMC-LB

DEAR HONORABLE JUDGE

I RECEIVED THE COURT DOCUMENTS

IT MENTIONED THAT I FILED A FRAUDLENT CLAIM. SIR I NEVER FILED A FRAUDLENT CASE BECAUSE DEFANDT HAVE EXPERT ATTORNEIS. I do not HAVE ANY LEGAL HELP. IN FUTURE I WILL NOT FILE ANY CASE & APOLOGIES I WASTED COURT TIME PLEASE do not CHARGE $2500 bECAUSE I LIVE IN SOCIAL SECURITY INCOME PLEASE GIVE ME ONE Chance I WILL NOT FILE ANY CASE IN COURT. I APPERICIATE IT.

THANKYOU
WITH BEST REGARDS
NEIL MALHOTRA

NEIL MALHOTRA
47 MILLER PLACE
LEVITTOWN, NY 11756

To

HONORABLE JUDGE "BRIAN M. COGAN"
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

MID-ISLAND NY 117
05 OCT 2018 PM 11

11201-183299